UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEEROY ELIJAH KRAUSE, <br><br> Petitioner, <br><br> v. <br><br> CLARK COUNTY SHERIFF'S OFFICE et al., | CASE NO. 3:22-cv-05144-RSM-BAT <br><br> **ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The matter is dismissed without prejudice. Leave to proceed in forma pauperis is stricken as moot.

(3) The Clerk is directed to send copies of this Order to the parties.

DATED this 3rd day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1